**Dismissed and Memorandum Opinion filed August 15, 2023**



**In The**

# Fourteenth Court of Appeals

## NO. 14-23-00229-CV

**BRITTANY  ORTIZ, Appellant**

**V.**

**DISCOVER BANK, Appellee**

**On Appeal from the County Civil Court at Law No. 2
Harris County, Texas
Trial Court Cause No. 1192187**

## MEMORANDUM  OPINION

This appeal is from a judgment signed February 8, 2023. The clerk's record was filed April 11, 2023. The reporter's record was filed April 11, 2023. On June 15, 2023, appellant filed a brief that was not in compliance with the rules. On the same day, we notified appellant that the brief must be refiled in compliance with Texas Rule of Appellate Procedure 9.1(c). The brief was not refiled.

On July 6, 2023, we issued an order stating that unless appellant filed a brief on or before August 7, 2023, the appeal was subject to dismissal without further

notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.

PER CURIAM

Panel consists of Justices Jewell, Spain, and Wilson.